IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY WINDOM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1240 |
| | : | |
| J. RIVELLO, et al. | : | |

## ORDER

AND NOW, this 31st day of March, 2025, upon consideration of Petitioner Roy Windom's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, the amendment to the petition, Windom's memorandum, the Commonwealth's response, and Windom's reply; after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and Windom's objections thereto; and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Windom's Motions for Expansion of the Record (ECF Nos. 26, 27) are DENIED;

2. Windom's "Motion for Permission to Leave to File Amended Objections" (ECF No. 29) and Second Motion to Amend/Supplement Objections (ECF No. 31) are GRANTED insofar as the Court has considered the substance of the amended objections;

3. Windom's Objections to the Report and Recommendation (ECF Nos. 28, 29, 30, 31) are OVERRULED;

4. The Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED;

5. The Petition for Writ of Habeas Corpus is DENIED without an evidentiary hearing;

6. Windom having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue; and

7. Windom's Motion for Status/Docket (ECF No. 32) is DISMISSED as moot.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.